*UNITED STATES BANKRUPTCY COURT*
DISTRICT OF RHODE ISLAND

---

In Re: Laura Perez

Debtor(s)

BK No. 1:16–bk–10599

Chapter 13

---

### ORDER DISMISSING CASE FOR FAILURE TO FILE MISSING DOCUMENT(S)

Pursuant to this Court's Order to File Missing Documents and Notice of Dismissal if documents are not timely filed, issued on 4/7/2016 , and the Debtor's failure to comply therewith by timely filing the missing documents referenced therein, or a motion to extend time for cause shown, it is hereby ORDERED that the within case be and is **DISMISSED**.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **4/20/16**

Entered on Docket: **4/20/16**
Document Number: **11 – 7**

172m.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

Website: www.rib.uscourts.gov